E. MARTIN ESTRADA                                                                                        JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
  Office of Program Litigation, Office 7
  Office of the General Counsel
  Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: 510-970-4842
  Email: tina.naicker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY EDWARD CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-02773-PD<br><br>JUDGMENT OF REMAND |

1  The Court, having approved the parties' Stipulation to Voluntary Remand
2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3  ("Stipulation to Remand") lodged concurrent with the lodging of the within
4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5  **DECREED** that the above-captioned action is remanded to the Commissioner of
6  Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 18, 2024

_____
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE